

Order Filed on 1/8/2014 by Clerk U.S. Bankruptcy Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MELLINGER, SANDERS & KARTZMAN, L.L.C.**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Nicole Corona, Esq.
Attorneys for Trustee

In Re:

**HAE SOOK CHUNG**

Case No.13-26299 DHS

Chapter 7

Hearing Date: January 7, 2014

Judge: Donald H. Steckroth

### ORDER OF DISMISSAL

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: 1/8/2014**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

(Page 2)

Debtor: Hae Sook Chung

Case No.: 13-26299 DHS

Caption of Order: Order of Dismissal

---

Upon the motion of Steven P. Kartzman, Trustee, and for good cause,

ORDERED that this case is dismissed and any discharge which was granted is revoked.

*Approved by Judge Donald H. Steckroth January 08, 2014*